**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00282-FDW-DSC**

| | |
|---|---|
| **RICKEY GENE STAFFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **PUBLIC STORAGE CAPITAL** ) | |
| **VENTURES CORPORATION, LTD., et.** ) | |
| **al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Objections to the undersigned's Standing Order. (Doc. No. 2). Plaintiff's objections are OVERRULED. Plaintiff will obey this Court's Standing Order. Any violation of this Court's Standing Order is a violation of a court order and is grounds for dismissal.

SO ORDERED.

Signed: June 4, 2014

Frank D. Whitney
Chief United States District Judge